

United States Department of State

Washington, D.C.   20520

November 28, 2018

Ms. Angela D. Caesar
Clerk of the Court
United States District Court
For the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

**Re: Ruth Schwartz, et al. v. Islamic Republic of Iran, 18-cv-01349-RDM**

Dear Ms. Caesar:

I am writing regarding the Court's request for transmittal of a Summons, Complaint, and Notice of Suit, to the Islamic Republic of Iran pursuant to 28 U.S.C. Section 1608(a)(4) as a defendant in the above referenced lawsuit.

Because the United States does not maintain diplomatic relations with the Government of Iran, the Department of State is assisted by the Foreign Interests Section of the Embassy of Switzerland in Tehran in delivering these documents to the Iranian Ministry of Foreign Affairs. The documents were delivered to the Iranian Ministry of Foreign Affairs under cover of diplomatic note No. 1097-IE, dated and delivered on October 24, 2018.  A certified copy of the diplomatic note is enclosed.

Sincerely,

Jared Hess
Attorney Adviser
Overseas Citizens Services
Office of Legal Affairs

<s>

Cc:   Aaron Schlanger
      Osen LLC
      2 University Plaza
      Suite 402
      Hackensack, NJ 07601

SPECIFIC AUTHENTICATION CERTIFICATE

Confederation of Switzerland            )
Bern, Canton of Bern                    ) SS:
Embassy of the United States of America )

I, Brianna E Powers, a consular officer at the Embassy of the United States at Bern, Switzerland, certify that this is a true copy of Embassy note number 26697 dated October 15, 2018, which was transmitted to the Swiss Ministry of Foreign Affairs on October 17, 2018 for further transmission to the American Interests Section of the Swiss Embassy in Tehran, Iran.

_____
(Signature of Consular Officer)

Brianna E. POWERS
(Typed name of Consular Officer)

Consul of the United States of America
(Title of Consular Officer)

November 1, 2018
(Date)

