UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
-------------------------------------------------------x
RUTH SCHWARTZ, *et al.*          :
                                 :   **Case No. 18-cv-1349 (RDM)**
                    Plaintiffs,  :
                                 :
         -against-               :
                                 :
ISLAMIC REPUBLIC OF IRAN,        :
                                 :
                    Defendant.   :
-------------------------------------------------------x

**PLAINTIFFS' STATUS REPORT IN RESPONSE TO THE COURT'S
OCTOBER 2, 2019 ORDER**

Pursuant to the Court's October 2, 2019 Order, Plaintiffs respectfully submit this status report proposing that they offer evidence to support their motion and proposed findings of fact and conclusions of law by **November 30, 2019.**

The two liability-related expert reports (establishing that HAMAS committed the attack and that Iran provided it with material support during the relevant period) have been completed. Plaintiffs' counsel are working closely with each Plaintiff to finalize their declarations.

Dated: October 3, 2019

                                          Respectfully submitted,

                                          **OSEN LLC**

                    By      /s/ Ari Ungar
                            Ari Ungar (DC Bar No. NJ008)
                            2 University Plaza, Suite 402
                            Hackensack, NJ 07601
                            Tel.:  (201) 265-6400
                            Fax:  (201) 265-0303