UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
-----------------------------------------------------x
RUTH SCHWARTZ, *et al.*     :
             :  **Case No. 18-cv-1349 (RDM)**
        Plaintiffs, :
             :
    -against-     :
             :
ISLAMIC REPUBLIC OF IRAN,  :
             :
        Defendant. :
-----------------------------------------------------x

## DECLARATION OF ARIEH DAN SPITZEN

   I, Arieh Dan Spitzen, in Jerusalem, Israel, this second day of October, 2019, declare under the laws of perjury of the United States that the following is true and correct:

**A.**  **Professional Background**

   1.   In 1970, I joined the Israel Defense Forces ("IDF"), serving in an elite unit as the Israeli equivalent of a Navy Seal. In 1972, I transferred to the IDF's Intelligence Unit, where I served until 1974. Then I enrolled at Hebrew University in Jerusalem, specializing in the Middle East, Arabic and Jewish History, and graduating *cum laude* in 1976. I subsequently returned to the IDF, to its Palestinian Affairs Department ("PAD") in the West Bank.

   2.   In 1976, I established the Research Section of the Advisor for Arab Issues in the Military Government in the West Bank (subsequently known as the Civil Administration) and served as its Section Head until 1978. With the exception of the years between 1978 and 1981, when I served as a researcher-assistant dealing with issues concerning the integration of the Arab population within Israel's society and establishment, I remained in the PAD for the next 30 years.

   3.   After returning to the PAD in 1981, I resumed my role as Section Head of the Research Section of the Advisor for Arab Issues in the Military Government in the West Bank

until 1993. In that capacity, I dealt with socio-economic and political research regarding the Palestinians, focusing on political and social trends among the population. In that position, I wrote or oversaw the writing of hundreds of research papers, staff papers, articles, anthologies, and fundamental studies in civilian matters that served the decision-making echelons of various elements of the Israeli government including the Ministry of Defense.

4.     Between 1993-1996, I was assigned to the negotiation team for the Oslo Peace Accords and served as a member of teams that negotiated the transfer of civilian authorities from the Civil Administration to the Palestinian Authority. Between 1996-1998, I supervised the activity of civilian coordination in the West Bank vis-à-vis the PA's Ministry of Civil Affairs and other civilian offices. From 1998-2000, I was Department Head for Palestinian Issues in the West Bank at a rank of Colonel. As the senior consultant in the system, I served during the same period as the Coordinator for Arab Issues for the Operation Coordinator himself.

5.     From 2001-2009, I was Department Head for Palestinian Issues in the Administered Territories as the Coordinator of Government Activities in the Territories ("COGAT"). By virtue of this position, I was a professional instructor and the top authority regarding the socio-economic civilian situation in the Palestinian arena in the West Bank and Gaza Strip. I wrote hundreds of surveys and studies about the civilian situation, the various political trends and how they were operationalized, the social trends, the economic atmosphere and its influence, and other diverse civilian issues connected to the civilian Palestinian realm, including terrorist organizations such as the Islamic Resistance Movement ("Hamas"). Among other things, I was responsible every year for writing and updating the fundamental survey regarding the civilian infrastructure of Hamas, known as the *da'wa*.

6.      I have been qualified as an expert witness about Hamas in ten federal civil terrorism cases in the United States: *Linde, et al. v. Arab Bank, Plc* (in which I testified exclusively about Hamas for 5 days in a 6-week jury trial in 2014); *Gill v. Arab Bank, Plc*; *Strauss, et al. v. Crédit Lyonnais, S.A.*; and *Weiss, et al. v. National Westminster Bank Plc* – all in the Eastern District of New York; *Fraenkel, et al. v. Islamic Republic of Iran, et al.*; *Braun, et al. v. Islamic Republic of Iran, et al.*; and *Force, et al. v. Islamic Republic of Iran, et al.* – all in the District of Columbia; and *Weinstock, et al. v. Islamic Republic of Iran, et al.*; *Weinstock, et al. v. Mousa Mohammed Abu Marzook*; and *Weinstock, et al. v. Hamas* – all in the Southern District of Florida.

**B.      Nature of This Declaration**

7.      I have been asked by Plaintiffs' counsel in the case of *Ruth Schwartz, et al. v. Islamic Republic of Iran* to provide an expert opinion about whether Hamas was responsible for the November 19, 2015 terrorist attack at Gush Etzion Junction (the "Attack"). This declaration will include, *inter alia*, a description of the Attack; a profile of the perpetrator; a summary and analysis of the extensive preparation the perpetrator undertook for the Attack; the manner in which the Attack was executed; and my professional opinion as to whether the perpetrator was an operative of a terrorist organization (and if so, which one).

8.      I am being compensated $300 per hour for my work in this case, regardless of the outcome of the litigation. I have no prior or current professional or personal connection with any of the parties in this case precluding my ability to provide impartial evidence herein.

**C.      Methodology**

9.      This declaration is based on my education, training and experience. The methodology that I have used in this declaration includes collecting information from many sources, primary and secondary, and cross-referencing them. I prefer, whenever possible, to rely

on primary sources – particularly police and court records – but acknowledge that they do not always provide a complete picture of events and must be assessed critically. I also cross-check police and judicial sources against the statements and claims of responsibility issued by Palestinian terrorist organizations and their spokesmen as well as statements made by alleged perpetrators, co-conspirators and close relatives of both. Often, those statements provide additional context or background information not found in official court records. When assessing these statements, I consider the motivations the organization or witness may have to conceal facts or emphasize certain facts or de-emphasize others. When assessing secondary sources, I adopt a similarly critical perspective that takes into account the motives and biases of the authors of the documents and their worldviews. My methodology is similar to that of many experts in the field, although my emphasis on the use of primary sources might be greater than that of other experts in the United States and Europe, due to my professional background and my knowledge of Arabic.

**D.     Summary of Conclusions**

10.     For the reasons set forth in this declaration, I conclude that Hamas was responsible for the Attack and that it was perpetrated by Muhammad Abd al-Basset Odeh al-Harub, following years of advance planning. Al-Harub's selection of the date of the Attack in part because it was the anniversary of the death of the namesake of Hamas's operational terror apparatus, the *Izz al-Din al-Qassam* Brigades ("Qassam Brigades"); the content of al-Harub's Will, which reflected signature Hamas religious and nationalist themes; and Hamas's celebration and identification of al-Harub after his arrest as one of its operatives, support my conclusion that al-Harub was a Hamas operative belonging to the Qassam Brigades and that he perpetrated the Attack on Hamas's behalf. Based on the totality of the available evidence, including, but not limited to: (1) public statements Hamas and al-Harub's family members made following the Attack, (2) al-Harub's detailed and

punctilious planning of the Attack, and (3) the resources needed and expended in perpetrating the Attack, I conclude that the Attack was perpetrated by Hamas.

**E.**    **The Wider Context of the Attack**

**1.**    **Brief Background on Hamas**

11.    Hamas was founded in the Gaza Strip in December 1987, near the time when the violent events known as the "First Intifada" broke out. The founders of Hamas were Sheikh Ahmed Yassin, who headed the Muslim Brotherhood in the Gaza Strip, and six other members of that organization.[1]

12.    The name "Hamas" is an Arabic acronym for "Islamic Resistance Movement" ( arakat al-Muq wamah al-Isl miyyah). As a word, "Hamas" in Arabic means zeal (as in battle) or heroism. Hamas established the Qassam Brigades[2] at the beginning of the 1990s, initially in the Gaza Strip during the second half of 1991 and later in the West Bank in mid-1992. Since then, the Qassam Brigades has been responsible for numerous terror attacks that have injured and killed thousands of civilians in Israel, including United States citizens.

13.    Today Hamas is the largest and most significant Islamist organization on the Palestinian scene. Since its inception, the organization has seen itself as a direct competitor to the Palestine Liberation Organization ("PLO") and the Palestinian Authority ("PA"), which the PLO established as part of the Oslo Peace Accords in the early 1990s.

---

[1]    The Muslim Brotherhood is a fundamentalist Islamist organization that was founded in Egypt in 1928 by Hassan al-Banna. The organization hoped to reconstitute Muslim society in the spirit of ancient Islam and eventually to establish a large Islamic state that would expand Muslim rule into the rest of the world through jihad (holy war). The Muslim Brotherhood's extremist Islamic ideology, along with its physical, civil and religious infrastructure, served as the basis for the founding of Hamas.

[2]    Sheikh al-Qassam was the leader of gangs that fought against British rule in Palestine. He is considered a symbol of Palestinian resistance to foreign rule in Palestinian historiography generally, and by Hamas, particularly. As a result, Hamas named its operational terrorist apparatus, which is responsible for perpetrating its terrorist attacks, the Qassam Brigades in his honor. Hamas views al-Qassam as a paragon of armed struggle, who epitomized religious stringency and national identity – values Hamas idealizes.

14.     Even before the Oslo Peace Accords, Hamas made great (and largely successful) efforts to take over the student councils at universities throughout the West Bank and Gaza by developing its student organization, the "Islamic Bloc" (Al-Kutla al-Islamiya). Al-Kutla was instrumental in recruiting many Palestinian students to join Hamas and its Qassam Brigades. Hamas also prioritized taking over trade unions, commercial organizations, and the bureaucracies that control Palestinian communications institutions (such as the Palestinian Journalists' Syndicate). Later, after consolidating its control over those targets, Hamas increased its efforts and gradually began to take over many municipalities in the West Bank and the Gaza Strip.

15.     In 2006, Hamas won the general PA elections, attaining a parliamentary majority, and in 2007 it seized power in Gaza after a violent coup. Its takeover of Gaza resulted in the expulsion of the PA from the region in May-June 2007. From that point in time forward, Hamas maintained absolute political and military control of the Gaza Strip.

**2.     Hamas's Policy and Manner of Claiming Responsibility For Its Terrorist Actions Over the Years**

16.     Hamas considers terrorism – or "armed resistance" as it characterizes it – a central way of attracting political and financial support from the Palestinian public and larger Islamic world. During the Second Intifada (2000-2004), when competition among Palestinian terrorist organizations for committing terrorist attacks intensified, Hamas took tactical and operational considerations into account in determining whether (and when) to officially claim responsibility for terrorist attacks it committed. That said, Hamas did generally claim responsibility for attacks that it committed, albeit occasionally belatedly.[3] Hamas's takeover of the Gaza Strip in 2007,

---

[3]     Examples of belated Hamas claims of responsibility for attacks it committed included the following: On March 8, 2004, the Qassam Brigades claimed responsibility for an attack at Mike's Place, a pub in Tel Aviv frequented by Americans, which was committed a year before on April 30, 2003. The attack killed three people. The Qassam Brigades' announcement said that it was being published late in order not to harm the security of the "fighters" *(mujahideen* in the original) and for reasons involving "security secrets."

thereby becoming an entity responsible for governing a population and managing a civilian infrastructure, and overseeing territory, led Hamas to exercise more caution in officially claiming responsibility for terrorist attacks that it perpetrated for fear of a harsh reprisal against the Gazan population it ruled.

17.     At a press conference in the Gaza Strip on December 25, 2010, Hamas provided a glimpse into the operational principles that have guided the terrorist organization's policy in determining the appropriate timing for announcing claims of responsibility for terror attacks, including in the Second Intifada. Abu Ubaida, the Qassam Brigades' official spokesman, addressed the media at that press conference to claim responsibility for a terrorist attack Hamas committed at the Merkaz HaRav Yeshiva in Jerusalem two years earlier.

18.     Explaining Hamas's delay in acknowledging its role in the attack, Abu Ubaida explained that Hamas policy necessitated postponing claims of responsibility when (1) conditions required protecting the security of its operatives and operations; (2) withholding the announcement could protect jailed operatives who have not yet been sentenced by Israeli courts;[4] and (3) other unspecified reasons involving the continuing campaign of jihad (holy war) dictated. Abu Ubaida further announced that, in the future, the Qassam Brigades would continue to refrain from announcing information about their attacks before the organization deemed the time ripe, and on occasion that might mean delaying such announcements for months or years.

---

http://web.archive.org/web/20100601110109/http://www.alqassam.ps/arabic/statments.php?id=432; on June 7, 2008, the Qassam Brigades took responsibility for a series of attacks including, among others, the suicide attack at the Sheffield Club in Rishon Lezion which occurred on May 7, 2002. The attack killed 15 people. http://web.archive.org/web/20110211150612/http://www.alqassam.ps/arabic/statments.php?id=3921.

[4]     For example, cell members that mounted an attack on June 20, 2008, in Wadi Zarka, confessed they had been recruited by Hamas and were operating under its aegis. Hamas has not publicly claimed responsibility for the attack, apparently because one of the cell members is a Palestinian security officer still jailed in Jericho as of this writing and has not been held to account for his deeds. The name of this operative appears on Hamas and Qassam Brigades websites as an operative of Hamas confined in a Palestinian prison.

19.    In order to understand the care and caution that Hamas exercises in claiming responsibility for attacks, it is important to take into account that in the West Bank and Gaza Strip the Palestinian society lives and functions in a very intimate social framework where neighbors know one another, and extended families (or hamulah) live together. In many villages and even urban neighborhoods, there is very little anonymity and the political affiliations of various individuals are generally well-known to their communities. Thus, when a Palestinian is killed in the course of committing a terrorist attack or is arrested by Israeli security services for terrorist activity, once the terrorist's identity becomes known, his or her organizational affiliation is often ascertainable because the terrorist is identified by his or her own community as sympathetic to one organization or another.

20.    This social reality incentivizes the larger Palestinian terror organizations to be fairly rigorous in their public, official claims about terrorist attacks. This is particularly true of Hamas because credibility with its domestic audience is a key aspect of its "brand." At the same time, Hamas has made, and makes, a practice of praising operatives from other terrorist organizations when they launch attacks that it considers laudable within its own ideological framework.

21.    As Hamas's power and political influence increased, its organizational structure and technology rapidly changed. For example, in the 1990s, after Hamas perpetrated terrorist attacks, it often issued written announcements claiming responsibility for them that it disseminated throughout the Palestinian Territories. Hamas also placed telephone calls to the Israeli and international media taking responsibility for these terrorist attacks and made announcements over the public address systems of mosques in Palestinian towns and villages, sometimes accompanied by the singing of religious hymns and the reading of verses from the Quran.

22.     Since the early 2000s, the internet began to play an increasingly important role in Hamas's public relations efforts and its claims of responsibility. Hamas's political bureau and its Qassam Brigades have long maintained their own separate official websites. Hamas commonly used these websites to issue official claims of responsibility for terrorist attacks that it perpetrated and cast them in a heroic light and to provide biographies glorifying the operatives who perpetrated them.

23.     These websites frequently contained reprints of suicide bombers' wills (explaining their motivation, religious and nationalist creed, and loyalty to Hamas) and photographs of the perpetrators, including ones taken immediately before he/she was dispatched (often taken against a background bearing a Hamas flag or emblem). As the internet's capabilities grew, Hamas also began posting videos of suicide bombers taken before they were dispatched. Often, in these videos the [future] suicide bomber read a prepared speech or will announcing the operative's intention to become a "martyr" and perpetrate the attack. In later years, both before and after Hamas gained control of the Gaza Strip in 2007, it also operated television and radio stations which broadened its ability to disseminate its message.

24.     However, some indicators of whether Hamas was responsible for a given terrorist attack remain constant regardless of evolving technologies. For example, funeral ceremonies for Hamas operatives are often ritualized with the body of the "martyr" carried by the mourners while wrapped in a Hamas flag. And Hamas funerals are usually marked by decoration of the mourners' coffin and tent with Hamas flags; and visits by Hamas leaders, particularly in Gaza. Another indicator of whether Hamas was responsible for a given terrorist attack that has not changed over time is where the arrested perpetrators of an attack are housed, because inmates in Israeli security prisons affiliated with different terrorist organizations are housed separately.

25.     Because Hamas generally publicized its role in terrorist attacks for political reasons and because, in many cases, at least one of the perpetrators of the attack was killed at the scene and could be clearly identified, it was also possible to compare those claims to the results of the investigations performed by the Israel Security Agency and the Israel Police as well as judicial determinations regarding the criminal liability of various alleged operatives. Therefore, in many cases, the overwhelming evidence available made it relatively clear which terrorist organization was responsible for a particular attack.

### 3.     2015-2016: Wave of Terror

26.     The Attack at issue was not an isolated act of violence. Beginning in September 2015, Israel experienced a renewed wave of terror that lasted until the end of 2016,[5] with the number of terror attacks rising significantly against the background of growing level of incitement spearheaded by Hamas and the Islamic Movement in Israel.[6] They accused Israel of attempting to violate the status quo on the Temple Mount in Jerusalem, to harm or undermine the mosques situated on the Temple Mount, and to permit Jews to pray on the site, purportedly as part of Israel's long term goal of destroying the Al-Aqsa Mosque and building a Jewish Temple in its place.

27.     Hamas's Paldf.net web forum[7] provided a summary of terrorist attacks from 2015 that confirmed a sharp increase in the number of stabbings, vehicular attacks, and shootings

---

[5]     More figures about the 2015 attacks can be found in the annual Israel Security Agency survey from that time: https://www.shabak.gov.il/publications/Pages/study/ReportY2015.aspx.

[6]     Established in 1971, the Islamic Movement in Israel is a religious and political movement with the same characteristics as the Muslim Brotherhood. Like Hamas, the Islamic Movement in Israel encourages Palestinian nationalism. In 2015, the northern – but not the southern – faction of the Islamic Movement in Israel was designated an unlawful association in the State of Israel.

[7]     In a video posted on the official Hamas website "Palinfo," al-Harub's mother shows the destroyed home with posters displayed above it demonstrating that the terrorist is a "Qassami prisoner." www.facebook.com/palinfo/videos/vb.105409946161756/966690180033724/?type=2&theater. *See also* the posters of the home at the Paldf website of Hamas, https://www.paldf.net/forum/showthread.php?t=1183820&page=11; https://www.paldf.net/forum/showthread.php?t=1184561.

perpetrated in October through December of that year. The terms Hamas used to describe the attacks indicate the organization's approval of the wave of attacks, noting, for example, attacks that *successfully* wounded or killed a Zionist, the *effectiveness* of attacks being measured in terms of fatalities on each side.

28.     A Palestinian killed in these operations was regularly described as a *shahid* (martyr), and the terrorists committing them called *mustash'hidun* ("those who died in sanctification of Allah's name"). The document's heading – "Palestine's *Harvest* of 2015 – itself conveys Hamas's support and encouragement for these attacks.[8] Throughout this period, Hamas websites and social media accounts published articles, interviews, and exhortations inciting the Palestinian public to continue to perpetrate similar attacks.

29.     This frenzy of incitement successfully encouraged multiple terrorists who were inspired by the exhortations of Hamas and other Palestinian terrorist groups. At the same time, Hamas's role during this period was not limited to *advocating* violence. In addition to fanning the flames of incitement, Hamas also activated its operatives (primarily in the West Bank) to commit terrorist attacks, including in the classical way that its cells had operated in the past/throughout the previous years.

30.     Hamas's more conservative approach was driven by multiple factors. First and foremost, the success of the Israel Security Agency's anti-terrorism efforts reduced Hamas's effectiveness. Another factor may have been Hamas's desire not to escalate hostilities in a manner that forced the Israeli security forces to respond in a way that threatened the organization's infrastructure in either Gaza or the West Bank. This might be termed "strategic ambiguity," which reflects a change in tactics rather than behavior. Finally, a further impetus for Hamas's less open

---

[8]     https://www.paldf.net/files/2015/hasad/files/assets/basic-html/index.html#1.

and direct public acknowledgements may have been the fact that the Palestinian Authority's preventive security forces were less cooperative with Hamas in this period than they previously had been during the Second Intifada.

31.     Whatever Hamas's precise calculations may have been, the wave of attacks that began in September 2015 comprised a mixture of attacks directed by Hamas, and many others 'merely' incited and lauded by Hamas. In earlier periods, Hamas's primary method of directing terrorism was to issue clandestine instructions to its Qassam Brigades terror cells in various Palestinian cities and villages.  This method was supplemented during the waves of terror in the last five years by Hamas's public calls through various media to the organization's operatives and sympathizers to mount attacks. Thus, attacks that required long advance planning were accompanied with a general call to use whatever weapons were at hand (*e.g.* knives, vehicles, petrol bombs, makeshift weapons, etc.).

32.     Hamas (and its rival, Palestinian Islamic Jihad) attempted to contextualize this wave of terror attacks within a broader "armed struggle" or "Intifada." For example, in January 2017, Hamas spokesman Hazem Qassem praised a vehicular ramming attack that occurred in Jerusalem, calling it proof that the Palestinian people has chosen the "resistance option." According to Qassem, the operation proved that the "Al-Quds Intifada" (i.e. Second Intifada) was not a passing phenomenon or a wave of popular anger but a Palestinian decision in favor of revolution until the end of occupation.[9]

33.     To distinguish Hamas operatives from other terrorists whose attacks Hamas endorsed and praised (but who did not belong to the organization), Hamas used the phrases "son of the movement," "Qassami shahid" (that is, a martyr belonging to the Qassam Brigades), and

---

[9]          Al-Jihad website, January 8, 2017.

"Qassami prisoner" for its own operatives in various Hamas publications and posters it distributed. As in the past, Hamas also made a point of emphasizing particular terrorists' affiliation with the organization by having Hamas activists attend the terrorists' funerals or raising Hamas flags at the terrorists' homes. Hamas also provided financial support for its operatives who perpetrated terror attacks (and for families of these terrorists).[10] Conversely, when Hamas praised and glorified a terrorist operative but made no mention of his (or her) affiliation with Hamas, this generally signified a lack of organizational relationship. On occasion, when a terrorist clearly belonged to a different terrorist organization, Hamas representatives even mentioned the operative's affiliation with the other organization.

**F.**    **The Attack: Preparation, Execution and Attribution**

        **1.**    **General Description of the Attack[11]**

34.    On November 19, 2015, shortly after 4:30 pm, Muhammad Abd al-Basset Odeh al-Harub, a Hamas operative from the Hebron area, perpetrated the Attack that killed three people, including Ezra Schwartz, and injured nine others, including Michael Benzakein and Jason Geller. Al-Harub drove a car bearing Israeli license plates from his home in the Dir Sammet village, in the Hebron area, toward Gush Etzion Junction, which is located near a large Jewish community, in order to perpetrate a terrorist attack and kill as many Jews as possible. Al-Harub reached Gush Etzion Junction, but when he saw that there were few people waiting there, he turned west onto Route 367, which leads toward the Jewish communities of Gush Etzion. When he found no suitable

---

[10]    Coordinated campaigns by the Israeli Police, the Israel Security Agency and the Israel Defense Forces have resulted in seizures of hundreds of thousands of dollars Hamas was intending to provide its operatives for day-to-day expenses as well as for rebuilding terrorists' homes demolished by Israel following lethal attacks. Nonetheless, Hamas largely succeeds in subsidizing its operatives and their families.

[11]    This description is based on the indictment handed down against the terrorist in military court, court file no. 1149/15; on the March 19, 2017 verdict from the terrorist's trial, no. 1149/16; on the police file for the Attack, which contains voluminous testimony from eyewitnesses; reports from the interrogations of the terrorist and his relatives; and Israel police reports, Incident Details File 503741/15.

target there for his plot, he turned back and decided to exploit the existence of a traffic jam at Gush Etzion Junction to commit the Attack.

35.     Al-Harub drove in the right-hand lane alongside the vehicles that were stopped in the traffic jam. He stuck his weapon outside the left window of his car, and driving with his left hand, he fired at the nearby cars. During the Attack, he twice replaced empty magazines (expending three magazines in total). After exhausting his ammunition, al-Harub intentionally rammed his car into another vehicle bearing Israeli license plates.[12] Specific information about the Attack, including al-Harub's detailed preparations, and an analysis of his behavior before and during it appear later in this declaration.

### 2.     Profile of the Terrorist

36.     Muhammad Abd al-Basset Odeh al-Harub[13] was born on November 19, 1994, and resided in the village of Dir Sammet, south of Hebron. He was single and had a number of full brothers and sisters from his parents, as well as half-siblings from his father's two other wives. Al-Harub's three brothers – Mu'taz, Odeh, and Issa – were arrested after the Attack, according to his parents.[14]

37.     Al-Harub had previously worked in Be'er-Sheva, Israel as a construction worker, and in that town's marketplace. (In 2014, he had even planned a shooting attack in the Be'er-Sheva marketplace but did not carry it out, as discussed below.)[15] Shortly before the Attack (at Gush Etzion Junction), al-Harub had opened a shop, apparently for dealing in gold, in the town of

---

[12]     Items 20 and 23 of the indictment and the Attack description in the sentencing.

[13]     Al-Harub was sometimes known by his full surname, "al-Harub," and sometimes in short as "Harub."

[14]     www.omamh.com/site/pages/details.aspx?itemid=68879; and www.youtube.com/watch?v=gFFYdzAR868.

[15]     Al-Harub's statement to the police on November 22, 2015.

Aleizariya (Bethany), east of Jerusalem, entering the trade of his father and grandfather, who were active in the gold market.[16] According to al-Harub's mother, he had moved his center of operations to Aleizariya and visited his home in Dir Sammet on weekends only.[17] As explained below, this fact is significant to al-Harub's preparations for committing the Attack.

38.     Al-Harub's own words, those of his family members, and an analysis of his behavior and Will indicate that he observed a religious lifestyle and that his decision to perpetrate a mass murder of Jews arose from both his fundamentalist religious beliefs and his nationalist principles, which were reflected in Hamas's teachings.

39.     The testimony of al-Harub's family, al-Harub's own statements to the police, and al-Harub's brothers' statements to the police made clear that he made careful ritual and religious preparations before setting out for the Attack, in the belief and hope that it would end with his becoming a martyr (a *shahid*).[18]

40.     According to al-Harub's statements at his police interrogation, on the day of the Attack he visited the mosque at least three times to pray, and he washed and purified himself to prepare for the possibility that he would be martyred in the Attack. He wrote a Will of a religious-nationalist nature, in which he employed religious motifs. He quoted the Quranic verse[19] confirming that whoever is killed for Allah does not die but lives with the Lord.[20] He further added

---

[16]     The information about al-Harub joining his father and grandfather's gold business was provided by al-Harub's mother (a program on al-Haqiqa television, time-code: 5 minutes, 53 seconds) and by his father.

[17]     In this cultural context, the weekend begins on Thursday and ends on Saturday.

[18]     Al-Harub's statement to the police on November 22, 2015.

[19]     The indictment against al-Harub, item 13, and al-Harub's Will, which is in the Attack's aforementioned police file.

[20]     "And never think of those who have been killed in the cause of Allah as dead. Rather, they are alive with their Lord, receiving provision." Surat Aal 'Imran, verse 169. https://quran.com/3/169-170. This verse is repeated in many Wills of suicide terrorists, on posters issued in their honor, in eulogies and in articles. It underlies the religious justification for suicide attacks.

the words of the Prophet Muhammad in praise of jihad for Allah's sake that is incumbent on every Muslim. He also wrote in his Will that he hoped to meet his family in Paradise.

41.     In his Will and his police interrogation, al-Harub recounted that before setting out for the Attack he repaid his debts. This action also complies with religious custom (see below in this declaration, regarding the Quranic religious obligation to repay debts as part of a martyr's final Will). Al-Harub's assiduous dedication to complying with religious precepts is also evidenced by the fact that like other pious Muslims he habitually used prayer beads, *misbaha*,[21] as he fulfilled his daily religious obligations.[22]

42.     Al-Harub declared his violent nationalist views in his Will, and to his family, interrogators and the Israeli court. He linked his decision to perpetrate a terrorist attack to his desire for vengeance against the Jews for the condition of the Palestinian people as well as the Jews' purported damaging of the al-Aqsa Mosque. These aspects of violent resistance to "occupation," set forth in religious overtones, are intrinsic to, and emblematic of, Hamas's philosophy.

43.     Al-Harub's behavior and spoken and written words before the Attack demonstrate his adherence to the nationalist and Islamist-religious ideas that characterize the ideology of Hamas and like-minded terrorist organizations. For example, his Will describes his upcoming attack as an act of jihad for Allah's sake and for "the defense of our nation and our honor," which was crushed

---

[21]     The word *misbaha*, meaning a string of prayer beads for Muslims, is derived from the word *subhan* (praise). The original *misbaha* is made of 99 beads symbolizing the number of names referring to Allah in the Quran. A shortened *misbaha* has 33 or 66 beads. After each 11 beads, a disc called a *shahid* (witness) is inserted. Passing the beads of the *misbaha* through helps the believing Muslim perform the prescribed practice of *tasbih*, the recitation of Allah's names one after another. *See* in Hava Lazarus Yaffe, *Chapters in the History of the Arabs and Islam*, Tel Aviv, 1967, p. 92 (Hebrew).

[22]     That al-Harub used prayer beads is evidenced both from the photograph of the car that he used in the Attack in which such beads are visible (*see* police file Incident Details 503741/15) and from his mother's interview on the al-Yarmouk television station: "Muhammad sat quietly, holding his misbaha in his hand." (Time-code: 32 minutes, 30 seconds.) https:///www.youtube.com/watch?v=KKXhdkLqhfA.

by "the occupation and its herds of its settlers." In later interviews, al-Harub's father emphasized the significance of Al-Aqsa (Jerusalem) and Palestine to al-Harub.

44.     Al-Harub's words and deeds demonstrate his determination to perpetrate a mass murder attack that would slaughter as many Jews as possible and end with his martyrdom. As noted, he had previously planned attacks in the past, had already purchased a weapon approximately two years before the Attack, and had maintained the weapon carefully. He did not give up on committing the Attack even when his chosen target proved unsuitable. He shot through the windshield of his car when it became difficult to continue shooting through the side window. After all of his ammunition ran out, he rammed his car into a car with Israeli license plates. Even after he was captured, he stated that he would continue to kill Jews until he was martyred.[23] The judge, delivering the sentence, declared that "the vile crimes of which the defendant is convicted were carefully planned over a long period…" and that "he set himself a goal years before, as has been said, to murder as many Jews as he could."[24]

45.     Al-Harub's determination to perpetrate a murderous religious-nationalist attack on Jews is accompanied by another prominent element: the preservation of secrecy and concealment of his activity from his family and others in his vicinity. For example, only the police interrogation after his arrest brought to light his previous plans to perpetrate attacks approximately one year before the Attack in this case. From his family's accounts (taken at face value), it can be gleaned that they were unaware of those potential attacks.

---

[23]     Al-Harub's statement to the police on November 22, 2015, line 107, according to which if he found himself free (from prison) he would again go murder Jews in hopes that this time he would attain *shahada* (death as a *shahid*, as a martyr for Allah).

[24]     The sentencing of al-Harub, file no. 1149/16, Judea Military Court, March 19, 2017.

46.     As will be shown below, al-Harub prepared himself for the Attack not only spiritually and emotionally, but also in the following ways: with intelligence-gathering, by selecting the site; with logistics, by purchasing the gun and ammunition; and operationally, by training to commit the attack. He made all of his preparations secretly, in an unsuspicious manner, and his family (at least according to their testimony) were unaware of what he was planning.[25] In addition, according to al-Harub's mother, although she saw a change in al-Harub's behavior during the days that he visited her home, he did not say anything about his plans. The extent of al-Harub's caution is also evident from his statement to the police that he refrained from using Facebook in order not to reveal his intention of perpetrating a terrorist attack.[26]

### 3.     Preparation for the Attack and the Manner It was Carried Out

47.     Several unique features in the Attack indicate al-Harub's longstanding intention to commit a terrorist attack, including punctilious planning, financing, intelligence gathering and training – all characteristic activity of an official and organized organization like Hamas. The preparation and commission testify to al-Harub's determination and persistence: Waiting until the appropriate time when the opportunity arrived; preserving secrecy so the Attack would not be thwarted; carefully choosing a target; and selecting a symbolically significant date, to memorialize the Attack in a meaningful way.

48.     All of those features are atypical of the wave of terror attacks that began in September 2015. Most attacks during this period were characterized by stabbings and vehicular attacks perpetrated by terrorists acting independently, without the backing of organized logistics

---

[25]     Apparently al-Harub's brother Mu'taz was one of only two people who were aware that al-Harub possessed a gun, and he only became aware of that fact two weeks before the Attack. *See* Mu'taz al-Harub's statement to the police on December 7, 2015.

[26]     Al-Harub's statement to the police on November 22, 2015, lines 93-96.

and operations. By contrast, the features of this Attack, which emerge from al-Harub's indictment, verdict and sentencing, present a picture of institutionally based and organized professional planning and implementation.

**4.    Longstanding Intention to Perpetrate an Attack and Attempts to Do So**

49.    Two years before perpetrating the Attack, al-Harub purchased a 9 mm pistol and ammunition from a Bedouin resident of the Negev for the purpose of perpetrating an attack – a strong indication of advanced planning characteristic of operatives belonging to a terrorist organization. According to his statement to the police, he paid New Israeli Shekels ("NIS") 20,000 for it. Thus, al-Harub's intention to commit a mass murder was well formed long before he carried out the Attack.[27]

50.    In Summer 2014, during the IDF operation in the Gaza Strip to combat Hamas, al-Harub planned to commit a terrorist attack and kill Israeli citizens in Be'er Sheva (his usual workplace) by means of the aforementioned 9 mm pistol, or, alternatively, by a stabbing. He did not follow through because he noticed a large security presence in the area.[28]

51.    Shortly thereafter, in approximately 2014, al-Harub planned another terrorist attack. He did not follow through because he was in a family dispute and did not want to die before the dispute was resolved, as Islamic law dictates.[29]

---

[27]    The indictment against al-Harub, items 1 and 2, and his statement to the police on November 22, 2015, lines 8-13.

[28]    The indictment against al-Harub, item 3, and his statement to the police on November 22, 2015, line 9, and December 8, 2015, line 22.

[29]    Al-Harub's sentencing.

### 5.      Logistical Planning for the Attack

52.      In February 2015, al-Harub purchased an Uzi submachine gun and three magazines of ammunition from a Bedouin of the Ramadin tribe. He stated that he paid NIS 22,000 for that purchase.[30] Al-Harub used the Uzi in the Attack. When al-Harub purchased the weapon, the seller trained him in its operation.[31] After purchasing the gun and ammunition, and before perpetrating the Attack, al-Harub purchased further ammunition for the gun on five additional occasions.[32] On October 15, he paid NIS 600 for three more boxes of ammunition.[33]

53.      The logistical aspect of the organized and methodical accumulation of weapons and ammunition over approximately two years raises a number of questions, chiefly: What was the source of al-Harub's funding? According to al-Harub's testimony, he paid at least NIS 50,000 (approximately $15,000), and apparently more, on making purchases and equipping himself for the Attack. That sum is exceptionally large and unusual for a young Palestinian, and it is very difficult to believe that the purchase was made from al-Harub's own private resources.[34] Moreover, al-Harub himself testified in his Will that he had debts of NIS 7,000 (approximately $2,000). He made a point of mentioning them in his Will, assuming that he would be killed in the act, and being careful – in line with his religious beliefs – not to leave any debts unpaid at the time of his death.[35]

---

[30]      The indictment against al-Harub, item 2. Also, "The Pattern of Crimes" in the sentencing.

[31]      The indictment against al-Harub, item 5. Also, "The Pattern of Crimes" in the sentencing, and al-Harub's statement to the police of November 22, 2015, lines 15-30.

[32]      The indictment against al-Harub, item 6.

[33]      "The Pattern of Crimes" in the sentencing.

[34]      According to the Palestinian Central Bureau of Statistics, in 2014 the annual gross domestic product in the West Bank was approximately $2,700 per person. Al-Harub therefore invested at least five years of his share of the gross domestic product in purchasing weapons and preparing for the Attack.

[35]      Testifying before the United States Congressional Subcommittee on National Security, Peter Schwartz, Ezra Schwartz's uncle, correctly noted the following salient questions: "For example, how did a 21 year old Palestinian from a small West Bank village obtain more than $10,000 to purchase firearms and ammunition? Did Haroub receive

### 6.    Operational Preparedness

54.    Al-Harub's behavior shows that he carefully maintained a high state of operational preparedness both with respect to his weapons and himself. During the course of the Attack, his weapon did not malfunction, at least in part due to the fact that he provided it with regular care and professional-level maintenance. Al-Harub testified that he examined the condition of the weapons, cleaned them, and oiled them every month after his shooting practice (discussed below).[36] Over and above routine maintenance, al-Harub thoroughly examined the weapons for rust and preventatively painted them with the assistance of his relative Odeh al-Harub.[37] Al-Harub concealed the weapons in a hiding place, wrapping them in airtight bags to prevent rusting and preserve them in good working order.

55.    As to himself, by means of regular training in operating the weapon and target practice, he made himself ready for the Attack. Al-Harub also took care to maintain his own operational readiness, which manifested itself in the course of the Attack. He made a point of practicing his shooting every month, firing at outdoor targets such as trees and bottles. He practiced in an inconspicuous location outside his village so that he would not be discovered. He last practiced a month before the Attack, on October 15th.[38]

56.    His attention to operational preparedness, including regular, careful maintaining of his weapons and engaging in shooting practice, is another factor materially dissimilar to most of

---

funding from outside groups such as Hamas or Islamic Jihad? Why haven't Haroub's brothers, one of whom supplied him with the car used in the Attack, been charged as accomplices in the case?"

[36]    The indictment against al-Harub, item 5.

[37]    The indictment against al-Harub, items 7-8; "The Patterns of Crimes" in the sentencing; al-Harub's statement to the police on December 20, 2015, sheet 1, line 25, and sheet 2, line 8; and the statement of Odeh al-Harub to the police on December 13, 2015, sheets 2-3.

[38]    The indictment against al-Harub, item 10.

the attacks during the terrorist wave at that time. Al-Harub's conduct was far more consistent with the operational discipline exhibited by members of terror cells who operate within organizational frameworks.

**7.    Intelligence Gathering Before the Attack – Choosing the Target**

57.    Both al-Harub and his family members stated that he had been working at Aleizariya during the week and returning to his village each Thursday, not working on weekends. Al-Harub noted that each time that he passed by Gush Etzion Junction on a Thursday afternoon he perceived a lively presence of civilians and soldiers, a fact that prompted him to select that area (and day) as his target.[39]

58.    When al-Harub arrived in his car on the day in question, he found that there were not enough people present to commit the Attack. Accordingly, he continued driving in search of a large group of Jews. As noted above, he began driving west on Route 367, and later, when he observed a traffic jam in the eastward direction on Route 367 in the vicinity of Gush Etzion Junction, he selected that as his target.

59.    Al-Harub's determination to cause as many deaths as possible is what dictated the original target's rejection and the improvised last-minute location's selection. Al-Harub testified that he regretted not bringing a knife in addition to the weapon that he brought, because he could have stabbed additional victims after his ammunition ran out and his car was immobilized after he had rammed it into the other vehicle. Al-Harub was even quoted as saying that the moment he was free again, he would try again to kill Jews until he was martyred.[40]

---

[39]    Al-Harub's statement to the police on November 22, 2015, and his parents' interview on al-Haqiqa television.

[40]    Al-Harub's father speaking on a program on al-Haqiqa television. https://www.youtube.com/watch?v=gFFYdzAR868, time code: 12 minutes, 6 seconds. *See also* al-Harub's statement to the police on November 22, 2015 (lines 106-07): Interrogator's question: "If you were to leave here now, what would you do." Al-Harub's reply, "The same thing. With God's help, the next time it will be a complete *shahada* (martyrdom) and more Jews will be killed."

### 8.    Selecting the Date for the Attack

60.    The date of the Attack holds special symbolic meaning. Al-Harub stated that the date was selected because it was his birthday.[41] Al-Harub's father stated in an interview[42] that in addition to November 19th being al-Harub's birthday, it was also the day that Sheikh Izz al-Din al-Qassam was killed[43] in 1935 by British military forces near the village of Ya'bad in Samaria. As noted above, Sheikh al-Qassam, the leader of gangs that fought against British rule in Palestine, is considered a symbol of Palestinian resistance to foreign rule[44] in Palestinian historiography generally, and by Hamas, particularly, and Hamas named its Qassam Brigades in his honor. Against the background of al-Harub's detailed and punctilious planning of each step that led to the Attack, his father's remark is very significant and is consistent with my opinion that Hamas was responsible for the Attack.

### 9.    Preserving the Secrecy of the Attack Preparations

61.    Al-Harub's determination to perpetrate the Attack as planned, along with the precise and detailed planning that characterized the Attack, required him to maintain a high level of secrecy regarding everything connected with the preparations he performed before the Attack. For example, al-Harub's mother stated in a television interview that she noticed changes in al-Harub's behavior during the days leading up to the Attack, including the fact that he stopped leaving for work, and understood that he was trying to conceal something from her. When she

---

[41]    At his police interrogation on November 22, 2015, al-Harub said (line 56): "Thursday, November 19, 2015, was my birthday and I decided that the attack would be on that day."

[42]    https://www.youtube.com/watch?v=KKXhdkLqhfA, time code: 3 minutes, 54 seconds.

[43]    For the date of al-Qassam's death, *see*, for example: www.amad.ps/ar/Details/147253 and https://www.qudsn.ps/article/105359.

[44]    Regarding al-Qassam, his deeds and his teachings, *see* http://lib.cet.ac.il/pages/item.asp?item=14100.

spoke with him by phone, after the Attack and his arrest, she asked him why he had not mentioned his intention to carry out the Attack to her. Al-Harub replied, "Tell me why [i.e. why he should have mentioned it], so that you could prevent me from doing it?"[45]

62.     As noted above, al-Harub stated to the police in response to a question from his interrogators that he had refrained from using Facebook for fear that security personnel would uncover his intent and arrest him before he could perpetrate the Attack.[46] As described above, al-Harub also practiced a degree of caution in everything relating to the fact that he had acquired weapons before the Attack. For example, according to his testimony, only two trusted people – his brother Mu'taz and his relative Odeh – knew that he had weapons in his possession.

### 10.     Short-term Preparations

63.     Examination of al-Harub's behavior shows that his decision to perpetrate the Attack on the chosen date – November 19, 2015 – required advance preparation. Al-Harub had previously opened a shop in Aleizariya, in the Jerusalem area. He customarily stayed there during the week, from Saturday morning until Thursday, returning home for the weekend only. During the week of the Attack, he diverged from his habit and returned home on Tuesday. He hid his true intent from his family, telling them that he was unwell and that he would not return to his business until Saturday.[47] During the three days that he stayed home before the Attack, al-Harub used his time for logistical, religious, and social purposes, including:[48]

---

[45]     https://www.youtube.com/watch?v=gFFYdzAR868, time code: 8 minutes, 53 seconds to 9 minutes, 0 seconds.

[46]     Al-Harub's statement to the police on November 22, 2015, lines 93-96.

[47]     Al-Harub's mother, speaking in a television interview. https://www.youtube.com/watch?v=gFFYdzAR868, time code: 5 minutes, 50 seconds, to 6 minutes, 10 seconds.

[48]     The description of the final preparations is based on al-Harub's statements to the police; the statements of his brother Mu'taz; interviews with al-Harub's family on al-Haqiqa and al-Yarmouk television; and al-Harub's indictment and sentencing.

) Visiting relatives, including uncles and his grandmother's sisters, and presenting gifts to his brothers, sisters, and brother's wife and her son.

) Writing a Will. According to al-Harub's testimony, he drafted it on November 17, 2015, two days before he perpetrated the Attack, and entrusted it to his brother Mu'taz shortly before he left to commit it.

) Settling his debts before perpetrating the Attack, in the belief that rather than returning he would become a *shahid* (a martyr). In this regard, it bears emphasizing that Muslim religious law requires exact and faithful registration and settling of all outstanding debts before death. Doing so is prescribed as an important deed in Islam, anchored in a Quranic commandment. Returning debts in the context of a Will is characteristic of the Wills of Islamist terrorists in general,[49] and not only Palestinian ones.[50]

) Visiting the mosque and praying a number of times before setting out on the Attack. (*See* the details above, in the section profiling al-Harub.)

) Reading from the Quran and purifying himself with water in anticipation of carrying out the Attack – also as part of the religious custom whereby the martyr should ascend to Paradise in a pure condition.

) Removing the rifle from its hiding place and oiling it, and then filling the three magazines in preparation for using them in the Attack.

) Entering the home of his brother Mu'taz shortly before setting out for the Attack and entrusting him with the Will and with two of his phones, his house key, and a number of other items.

---

[49]     *See* the case of Saddam Raishani and the settling of debts before he joined Islamic State. https://www.justice.gov/opa/press-release/file/975511/download.

[50]     In his article about Hamas suicide bombers, researcher Reuven Paz also wrote about the custom of settling debts before setting out on an action one may not return from. Reuven Paz, "Hamas Suicide Attacks: Sublime Islamic Goal or Merely Another Weapon," pp. 10-11: "A sort of 'ritualism' became popular, even amongst non-religious youth on their way to protests or confrontations with Israeli soldiers. These youths acted as though they were setting out for a war from which they might not return. They wore clean clothes, paid off their debts, and prepared their families emotionally. They asked that sweets be distributed as a sign of happiness at the death of one who deserved to become a shahid."

11.     **The Commission of the Attack**[51]

64.     On the afternoon of November 19, 2015, al-Harub left the town of Dir Sammet in the Hebron area and drove toward Gush Etzion Junction, at the wheel of the family car, a Toyota Corolla. He had with him an Uzi submachine gun and three full magazines (75 bullets in all). Al-Harub reached Gush Etzion Junction, the place where he had planned to perpetrate the Attack, but he found few people there (a woman and two soldiers) and they did not suit his plan for mass murder.

65.     Al-Harub decided to find a place with more potential victims in order to commit murder on a large scale. He turned west from Route 60 onto Route 367, which connects Gush Etzion Junction with the Valley of Elah, in order to look for a suitable place to commit the Attack. When he found no such place, he turned eastward in order to return to the junction. On his way back, he noticed a traffic jam with a line of cars heading from west to east, and he decided that this presented a suitable target.

66.     Al-Harub passed a succession of cars in the right lane parallel to the traffic jam, protruded the Uzi submachine gun out of the car's left window, and began shooting as he drove with his left hand, changing magazines while driving. He first hit the vehicle carrying Yaakov Don and killed him. Then, aiming toward a Renault minibus carrying a number of passengers, he shot a full magazine on automatic with the intent of killing the occupants. Those shots killed Ezra Schwartz, whose family members are Plaintiffs in this suit, and injured Michael Benzakein and Jason Geller who are Plaintiffs (as are their families) in this suit.

67.     Al-Harub continued driving slowly, and continuously shooting at the line of cars stuck in the traffic jam. He murdered a Palestinian named Shadi' Arafe, whose car was in that

---

[51]     The sentencing on March 19, 2017, where the act is described; the indictment of al-Harub in military court, items 18-30; and al-Harub's statements to the police, particularly his November 22 statement.

same line. Al-Harub continued firing toward additional vehicles, including a passenger bus, and he changed from shooting through the side window to shooting through the windshield of his car. When he had finished discharging all of his bullets, he rammed his car forcefully into a car with Israeli license plates in order to injure more people.

68.     Al-Harub was eventually subdued, arrested, indicted and convicted by an Israeli military court for murdering three people and injuring several others. Although al-Harub's indictment and conviction are silent concerning his affiliation with any terrorist group, in my professional experience the absence of a specific charge for membership in an illegal organization is not dispositive of whether such an affiliation exists.[52]

69.     From the description of al-Harub's behavior, a number of characteristics emerge: persistence in seeking a suitable target for a mass-casualty terrorist attack; determination to cause the deaths of as many victims as possible, evidenced by the attempt to continue the series of murders even when the supply of bullets had run out; a high level of operational performance clearly indicating prior training; and tactical driving while shooting and switching magazines, which is a very difficult task and requires advanced skill generally acquired through lengthy organized practice.

70.     Together, the description of the preparations for the Attack and of the Attack itself indicates long and precise preparation for its commission. Acquisition of weapons and logistical tools, operational and intelligence preparations, and strict secrecy: These are all atypical of the 2015 terror wave, and they indicate the behavior of a terrorist who belonged to an organized, established terrorist organization that provided logistical and operational backing for its operatives.

---

[52]     Such omissions can be attributable to a variety of factors, including the nature of an anticipated plea bargain or the desire to protect confidential intelligence sources.

71.     Based on al-Harub's profile, which reflects extremist, Islamist beliefs, and the decision to commit the Attack on the anniversary of the death of Sheikh Izz al-Din al-Qassam – the symbol and namesake of Hamas's operational terrorist apparatus – as well as the cost of the operation and the level of professionalism al-Harub exhibited in preparing for the Attack, I conclude that he was a Hamas operative who committed the Attack with the support and approval of Hamas.

### 12.     Hamas's Characterization of The Attack

72.     On November 20, 2015, the day after the Attack, Hamas expressed its congratulations in a poster praising and glorifying al-Harub's deeds as heroic,[53] but without explicitly mentioning his organizational affiliation.

73.     On February 24, 2016,  Hamas issued a press release on its official website quoting senior Hamas official Abd al-Rahman Shadid calling upon "the people in the Hebron area to support the families of the prisoners Muhammad Abd al-Basset al-Harub and Raed Masalmeh, whose homes the occupation forces destroyed the day before." The press release also quotes Shadid stating that "the heroes al-Harub and Masalmeh are excellent symbols of Hamas movement's operatives, who pay the precious price for the liberation of their land." He emphasized that "Hamas will continue to lead the way to Palestine's liberation."[54]

74.     Posters explicitly noting that al-Harub was an operative of the Qassam Brigades, (referring to him as "the Qassami prisoner"), were displayed at al-Harub's home on February 23, 2016, immediately after it was destroyed by the IDF, and made clear publicly and openly that

---

[53]     For the poster and text, *see* https://twitter.com/paldf/status/667967030402883584.

[54]     http://hamas.ps/ar/post/4969. The website with the url http://hamas.ps is an official Hamas website in Gaza. It appears to have been registered to the "Hamas movement" in 2011 and posts content similar to that found on Hamas's other official websites such as www.qassam.ps.

Hamas was claiming the perpetrator of the November 19, 2015 Attack at Gush Etzion Junction was an operative of Hamas's operational terror apparatus.

75.     Statements made by al-Harub's family, especially his mother, also show the family's close affinity to Hamas. Al-Harub's mother, who provided many interviews to the media, declared in 2016 that the people of the Qassam Brigades (of Hamas) would free her son. She added that in her opinion it would occur before the year's end. Al-Harub's mother's support for Hamas was accompanied by references to names of senior officials of Hamas and the Qassam Brigades.[55] A video of an interview that she gave to the al-Haqiqa television station shows the poster declaring al-Harub a "Qassami prisoner," interspersed with scenes of the family.[56]

76.     In television interviews given by al-Harub's parents, al-Harub's organizational affiliation with Hamas and its operational terrorist apparatus was emphasized. In addition, some of the places where the family spoke were Hamas sites. Thus, in an interview with the Omamh website, which is identified with Hamas,[57] al-Harub's mother emphasized her belief in Hamas's effectiveness. One of the posters shown in the course of the interview as background to the parents' words stated that al-Harub was a prisoner belonging to the Qassam Brigades. In the interview, al-Harub's mother expressed her confidence that Hamas would soon ensure that al-Harub was freed. A Hamas flag accompanied the report.[58]

---

[55]     *See* al-Harub's mother's remarks: https:www.youtube.com/watch?v=KKXhdkLqhfA, time code: 36 minutes, 23 seconds, and 36 minutes, 43 seconds; https://www.youtube.com/watch?v=gFFYdzAR868, time code: 25 minutes, 59 seconds, and 27 minutes, 17 seconds.

[56]     https://www.youtube.com/watch?v=gFFYdzAR868, time code: 17 minutes, 24 seconds.

[57]     http://www.memri.org.il/cgi=webaxy/item?3903.

[58]     http://www.omamh.com/site/pages/details.aspx?itemid=68879. The family sits for a television interview with the Hamas "al-Aqsa station" with a Hamas flag on the wall behind them. https://www.twoday.co.il/02/08/2017/82650/he.

77.     According to Israeli sources, al-Harub's father received compensation from Hamas for the destruction of the family home. The funds he received, and a vehicle belonging to the family, were confiscated in an operation conducted by Israeli security forces.[59]

78.     The statement by the senior Hamas official and the posters that were publicized on Hamas's behalf suggest that al-Harub was an operative of the Qassam Brigades who perpetrated the Attack in compliance with Hamas's instructions and in identification with its ideology and goals. Hamas's official claim of responsibility for the Attack was postponed, as in a number of other cases during this time period.

79.     Al-Harub's mother's public declarations supporting Hamas's ideology, and her expressed confidence that the Qassam Brigades would arrange to promptly free her terrorist son; declarations of other family members indicating support for Hamas; interviews supplied by the family to Hamas media and accompanied by Hamas symbols; the Israeli Police's claim that the family received compensation from Hamas for the destruction of their home by Israeli security forces, compensation that the latter confiscated; and the fact that no other terrorist organizations claimed responsibility for the Attack – all support the conclusion that Hamas was responsible for the Attack in which three people were killed, including Ezra Schwartz, and nine others were injured, including Plaintiffs Michael Benzakein and Jason Geller.

## G.     <u>Conclusions</u>

80.     On the basis of the content of this declaration and my professional experience, I conclude, as follows:

81.     The murder of Ezra Schwartz and two other victims, and the injuring of nine other individuals, resulted from a terrorist attack that followed years of advance planning.

---

[59]     http://www.twoday.co.il/02/08/2017/82650/he.

82.     The Attack was perpetrated by Muhammad Abd al-Basset Odeh al-Harub, whose planning of the Attack was longstanding, detailed and punctilious.

83.     Al-Harub desired to kill as many Jews as possible in the Attack and die as a martyr (*shahid*).

84.     The Attack reflected logistical, operational, and intelligence planning as well as preservation of secrecy. Those detailed preparations, the operational skill shown in the perpetration of the Attack and the relatively large sums of money invested in the acquisition of weapons and ammunition by a 21-year-old Palestinian, were all highly atypical of spontaneous terrorist attacks. Instead, these facts all point to al-Harub having received support from an established and professional terrorist organization, specifically Hamas.

85.     In addition to the religious preparations that manifest al-Harub's intention of becoming a martyr, which included, *inter alia*, prayers, purification, settling of debts, and the writing of a Will, al-Harub's words at his police interrogation, in conversations with his family, and in the Will that he left behind, all indicate an Islamist religious and violently nationalist ideology, having Hamas as its source.

86.     The date of the Attack was not only al-Harub's birthday, it was also the anniversary of the death of Sheikh Izz al-Din al-Qassam, a historical figure of particular significance to Hamas.

87.     Hamas officially claimed responsibility for the Attack, a senior Hamas figure publicly described al-Harub as a "son of the Hamas movement," and Hamas posters and publications referred to him using the term "Qassami prisoner" which denotes that he was an operative of the Qassam Brigades. Thus, al-Harub received unambiguous public recognition as a Hamas – specifically, Qassam Brigades – operative. As noted above, Hamas generally does not

bestow these honorific titles on individuals outside its organization even when it publicly supports their terrorist actions.

88.     In conclusion, in my professional opinion, Hamas was responsible for the November 19, 2015 Attack at Gush Etzion Junction.


Date:   October 2, 2019

/s/ Arieh Dan Spitzen
Arieh Dan Spitzen
