# EXHIBIT F

```
UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
------------------------------------------------------x
RUTH SCHWARTZ, et al.                  :
                                       :
                    Plaintiffs,        :   Case No. 18-cv-1349 (RDM)
                                       :
        -against-                      :
                                       :
ISLAMIC REPUBLIC OF IRAN,              :
                                       :
                    Defendant.         :
------------------------------------------------------x
```

## **DECLARATION OF MICHAEL BENZAKEIN**

I, Michael Benzakein, declare pursuant to 28 U.S.C. § 1746 and subject to penalties of perjury as follows:

1. On November 19, 2015, I was 18 years old, riding in a van that was targeted by a terrorist shooter. My friend and roommate was killed, but I survived. That attack has materially changed my life.

2. I was born in New York on July 10, 1997. I am the second of four children. My brother, Jacques, is a year older than me, and I have two younger sisters, Sabrina and L▮▮. My mother, a mortgage officer, grew up in Morocco; my father, a podiatrist, grew up in Egypt.

3. Growing up, I went to a private Jewish high school. Many students at my school typically spend a "gap year" in Israel after graduating high school, and most go to one religious seminary ("yeshiva") or another. Like many of my classmates, I wanted to go to Israel for my gap year, but I preferred a college program instead of a yeshiva. My high school rabbi convinced me that I could always take college courses, but I would never have the opportunity to dedicate a year to learning in yeshiva again.

4. I picked the program called Ashreinu because it didn't focus on learning as much as other yeshivas did. It also offered a lot of opportunities to travel and do volunteer work. I knew two other seniors from my grade going to that program, and the three of us decided to room together.

5. The day on which I was scheduled to fly to Israel finally arrived. I was excited, but I was also nervous to be away from my family for an entire year. I had been to Israel once before, when I was about 13, but it had been a family trip for just a week. My parents drove me to the airport. My sisters were still sleeping, and I woke them up to say goodbye before I left. L___ called me crying when I got to the airport because she felt bad that she hadn't come with us. My father gave me a blessing before we parted and cried.

6. I was the only person on the plane flying to Ashreinu until we landed in Canada, where about 20 students on the same program boarded. The plane landed in Israel, and we got off, dragging our suitcases behind us until we saw someone holding a sign with the name of our school.

7. We took a shuttle to the school and received our room assignments. In my room were Jason Geller – someone I knew from my neighborhood – another friend from my high school, and another student named Ezra Schwartz whom I hadn't met before. We dropped our things and boarded a bus, which took us to the Western Wall. There, I met more students and the school's rabbis and staff.

8. When we got back to school, we claimed our beds. There was one bed in each corner, and Ezra and I picked beds on opposite sides. I remember how excited he was about being in Israel for the year. He was from Sharon, Massachusetts and had three brothers and a sister. I once grabbed the phone while he was talking to his sister and introduced myself as a joke.

2

9. Ezra and I roomed together and also studied together. Our classes weren't very structured; we'd have time where we could pair off and pick a subject we wanted to learn about.

10. Our school's volunteering program became my favorite part of my time in Israel. On Mondays, I worked at a home for lone soldiers – soldiers in the Israel Defense Forces with no family in Israel; on Tuesdays, I worked in a mechanic shop that was struggling; and on Thursdays, I worked to revamp a memorial park dedicated to three Israeli teenagers who were kidnapped and murdered in 2014, the previous year. That was the park our van was heading to when we were attacked.

11. On November 19, 2015, the date of the attack, we had gone to Jerusalem in the morning for a special learning program. I remember the bus pulling away without Ezra on it, but he came running outside and climbed onboard. After the morning program was finished, Ezra went to pay a quick visit to his girlfriend, who was in a school nearby. We then went back to our school and had only a few minutes to change before heading to the memorial park.

12. A lot of people were too tired to go because we had woken up early that morning, and I ran from room to room trying to convince students to go. I climbed onto the van, where Jason was eating a granola bar. The driver told him to finish it outside. He got off, and Ezra and another student boarded. Ezra took Jason's seat in the van's third row. I sat in the front row. Ten of us usually volunteered at the park, but that day, only six of us went.

13. It was about 4:30pm when we started heading to the memorial park. The ride to Gush Etzion, the site where the three teenagers had been kidnapped and where the memorial park was located, normally took about half an hour. We liked working in the park and were looking forward to getting there, but one by one, people started falling asleep. I believe I was the only student awake during the drive. The traffic circle before the park frequently causes traffic to back

up, and I decided to wait until we cleared the circle before waking up my friends. The van inched forward. I knew the traffic could take as much as five minutes.

14. I was sitting with my head against the window looking at the entrance to Alon Shvut, a gated community a few yards from the memorial park. Suddenly, I heard what sounded like rocks hitting a metal shed. My first thought was that someone was throwing rocks at the van, and I was concerned. The noise got much louder and I saw the glass of one of the windows shatter. I immediately understood that someone was shooting at our van. I was terrified. I screamed "Get down!" and hit the floor. The van rocked back and forth as bullets pelted it. Some of the guys were frozen in their seats, and I yelled at them to get down. I picked up my phone and messaged my family's group chat: "I love you."

15. I thought I was going to die. Once I knew bullets were being fired, I couldn't see any way that it would end with me surviving. I was almost impatient – when am I going to die already? It seemed clear as day that I was going to be killed.

16. I looked down the rows to see if anyone was hurt and saw that Ezra had fallen over so that his head rested in the seat across the aisle from the rest of his body. I saw so much blood pooling in the seat where his head lay. It trickled out of the seat and into the aisle. I thought he was trying to tell me something because his lips were moving. He was wearing headphones, and I crawled back to him to try to push them off his head, but then I realized I didn't want to make anything worse. I started yelling "Call 911!"

17. I wanted to crawl to the door to see if the shooter was going to come onboard, but I could still hear shooting. Then I heard a crash – two cars had collided right in front of us. I heard some more gunshots and then silence before hearing Hebrew or Arabic being yelled. I lifted my head and saw people running by wearing green uniforms. I realized they were soldiers, and I

4

thought we might be safe. My reaction was of surprise, not relief. I had assumed I was going to die.

18. The soldiers came onto the van and asked us where we had heard the shots coming from. We pointed out Ezra and asked for a medic. The soldiers ushered us off the van.

19. We made our way across the street and saw someone on the ground being restrained by an Israeli soldier. I didn't know it was the shooter at first. I thought he was another victim of the shooting, and that the soldier was kneeling on him to stop the bleeding. We walked past a car and saw the driver inside slumped over the gear levers. He had also been shot.

20. The soldiers moved us farther down the street. I called my father, who was at work. He was already worried because he had seen my message on our family's group chat. He got very upset when I told him what was happening. I couldn't hear him well, and people were trying to move us, so I got off the phone quickly.

21. We were loaded onto one ambulance and then taken off the ambulance and loaded onto a different one. We had blood on us, I believe mostly from Ezra. I called my father again and told him that Ezra had been shot in the head. I told him about Ezra's lips moving and begged him to tell me what that meant, but he didn't give me a definitive answer.

22. We sat against one wall in the ambulance, which drove to the hospital with lights and sirens on. At one point, the metal back seat banged against the back of the ambulance, and my heart stopped. Media was waiting in front of the hospital for us so we were sent through a side door. They checked each of us over and removed shrapnel that had been lodged in my knee. I couldn't feel it, but I couldn't feel any other part of my body either. Adrenaline raced through me.

23. We were then corralled into a boardroom with a big table. Two psychologists – a man and a woman – asked us some questions and made sure we were able to speak to our parents. Someone, maybe the police, took down each of our accounts of what happened.

24. All this time, I kept asking how Ezra was, and they kept giving us answers to push us off. It was so frustrating. Finally, someone told us that Ezra had died. I was shocked, but not surprised. I had been convincing myself that Ezra would be fine, since I had seen him moving in the van. It was wishful thinking. We all went silent. I felt like someone had punched me in the gut. All I wanted to do was help him, but there was nothing to be done.

25. My brother was in Israel, and he came to visit me in the hospital. A few of my cousins who live in Israel came too. After I had spoken to my father from the scene, he had raced home, where my mother was. At the hospital, I called them using my brother's phone because my own phone kept buzzing with messages. I saw a message on my high school group chat that said "Michael Benzakein was shot in the head." When my mother picked up, she thought it was my brother and said into the phone: "I don't know if they've been told yet, but Ezra died." I told her it was me, and that I knew. We were quiet on the phone. I was in shock and didn't have a lot to say.

26. The hospital released us to the wife and son of our school's rabbi. We all sat shocked on the drive back to their house. They bought us food and I remember eating like a man who had been starving for days. Then I started responding to the barrage of text messages and phone calls.

27. I called the rabbi from my high school who had convinced me to go to Ashreinu. He kept apologizing to me like the attack was his fault. I called my best friend in the U.S. I called back my parents and spoke to my sisters.

28. My friends from school came to visit us, and we all sat in one big room. Those of us from the van told the rest of them what happened. We listened to each other's perspectives of the attack. I didn't sleep at all that night.

29. The next day was Friday. We spent that night and Shabbat (Saturday) at the rabbi's house. It felt surreal. It felt like I had asked a question and was waiting for an answer; like someone was going to tell me what had happened and what comes next.

30. On Saturday night, I went back to school to pack a suitcase. I was leaving that night to fly to Massachusetts for Ezra's funeral. Before I left, the three of us roommates took a picture in our room without Ezra.

31. There was a ceremony at the airport, which included a line to Ezra's casket. I got on the line, unsure of how I would say goodbye. When it was my turn, I put my hand on his casket. I remember getting goosebumps, but it didn't feel like closure. I didn't feel like I was saying goodbye to someone I had spent all day and night with. I just felt hit with the cold realization that my friend was lying in the flimsy plywood box that I was touching. Before boarding, security asked me why I had so few things in my suitcase. I told them I was flying to the U.S. for an unexpected funeral.

32. Ezra's casket was on my plane. His aunt, uncle, and cousins who lived in Israel were on the plane too, and I met them. When we landed in the U.S., I looked out the window and watched them unload Ezra's casket.

33. My parents met me at the airport and drove to me the house of a family friend so we could get ready for the funeral. Someone asked me to write a eulogy. I wrote about Ezra – how funny he was, and how kind – but I didn't end up speaking at the funeral.

34. Before the funeral, I met Ezra's family. They wanted to meet the boys who had been on the van with Ezra. I felt so uncomfortable; I didn't know if they were going to be upset with me. But his parents hugged us and said they were happy we were okay. I'm still amazed at how gracious they were when they were about to bury their own son.

35. After the funeral, we drove to the cemetery. Someone had brought some dirt from Israel, and we shoveled that into Ezra's grave, on top of his casket. After, we drove to Ezra's house, where his mother asked me to speak about what had happened. That's where I gave the eulogy that I had prepared. My parents drove me home afterward, and I fell asleep in the car. I woke up when we got to my house, where my sisters ran out to greet me. They were both crying.

36. I was home for three weeks. Friends and family came to visit me and wanted to know what had happened, and I had to tell the story over and over. I didn't sleep at night. I had nightmares about the attack and also nightmares that were not about the attack, but in which someone ended up dying. I felt constantly restless.

37. At some point while I was home, a woman named Sarri Singer came to visit. She was a victim of a suicide bomber in 2003 who started an organization which provides support to other terror victims and their families. She told me there's no textbook way of dealing with the aftermath of the attack and recommended that I visit a trauma specialist. I saw someone maybe three or four times. He was very nice, but I felt the same way after seeing him that I did before, so I saw no reason to keep going to see him.

38. I flew back to Israel, but things had changed for me. I still could not sleep. I lay in bed wide awake at night, and sometimes I'd move to Ezra's bed. I tried to attend a few classes but couldn't focus. I felt detached, like I was on the outside looking in. I didn't want to learn or

volunteer anymore. I didn't know what I was doing there. After just a few days, I packed up and flew home.

39. I had been admitted to the incoming September 2016 freshman class of New York Institute of Technology, and they wouldn't allow me to enter any earlier. I had nothing else to do, so I decided to take some college classes at Nassau Community College. I lost my spot at New York Institute of Technology because I wouldn't be coming in as a first semester freshman anymore. I tried to reapply, but they rejected me and I didn't really question their decision. I'm now at Stonybrook College. My grades are okay, but I can't pay attention for long. I try not to take subjects that relate to politics because that reminds me of the attack and I get upset.

40. I've changed since the attack. My religion used to be a priority for me; it was the reason I went to Israel for the year. I had been hoping to connect with my religion and with the State of Israel on a deeper level during that year, but after the attack, I became confused. I know I should be grateful that I was spared, but what I went through was so awful. We were on our way to volunteer when the attack happened and I couldn't reconcile that with what happened to Ezra. As a result, I lost faith and my religious observance declined significantly.

41. I also developed a temper. I now get upset about things that wouldn't have bothered me before. I'll be working on my car and something will go wrong and I'll start throwing things. If I can't hear someone on a phone call, it'll drive me crazy. I remember throwing my phone once when I couldn't hear the person I was speaking to. I developed road rage, which I never had before.

42. I startle more easily now than before the attack. I don't like being in crowded areas like Penn Station – the hair on the back of my neck will stand up when I'm there. I get nervous when I'm at sporting events or in school – I have to scan my surroundings constantly when I'm there.

43. Loud noises make me jump and set me on edge. My family's synagogue is right by a busy street and I can hear the traffic even when I'm sitting inside. It bothers me. If I'm at a table and someone drops a fork onto their plate, I'll jump. I hate it when I'm driving behind a truck and rocks fly up at my car. A lot of noises sound like gunshots to me. I was recently at a party and one of the songs playing had a noise that sounded like gunshots. It set me on edge.

44. Sleeping is still difficult for me. I still have nightmares. Sometimes I'm drowning in them, and sometimes someone else is. I'll have violent nightmares about friends or family members. I'll also have nightmares about war. Often, my nightmares will have religious symbols in them, like crosses and Stars of David, or fire and water. I've been told that I fidget a lot in my sleep since the attack. I remember taking a swing at someone who was trying to wake me up.

45. I think about the attack constantly. It hasn't let up at all. I don't think it ever will. I wake up thinking about it; I go to bed thinking about it; I think about it during the day. It's just etched in my mind. Everything I see is colored by the attack.

Date:   October 16, 2019

                                                    /s/ Michael Benzakein
                                                  Michael Benzakein