# EXHIBIT G

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

-------------------------------------------------------x
RUTH SCHWARTZ, *et al.*                     :
                                               :   **Case No. 18-cv-1349 (RDM)**
                    Plaintiffs,  :
                                            :
         -against-  :
                                              :
ISLAMIC REPUBLIC OF IRAN,  :
                                              :
                    Defendant.  :
-------------------------------------------------------x

## **DECLARATION OF BETTY BENZAKEIN**

I, Betty Benzakein, declare pursuant to 28 U.S.C. § 1746 and subject to penalties of perjury as follows:

1.     I became a U.S. citizen on 2006, and am a plaintiff in this action.

2.     My son Michael Benzakein was riding in a van that was attacked by a terrorist armed with an Uzi automatic submachine gun on November 19, 2015. Michael, who was just 18 years old, thankfully survived the attack with shrapnel wounds, but his friend and roommate, Ezra Schwartz, was shot in the head and killed.

3.     The attack changed Michael. He has a short fuse like never before. He cares very little about his education, and has largely stopped observing Judaism like the rest of us do. These changes in Michael have affected my whole family. His attack also caused terrible feelings I had experienced 11 years ago after a near-death accident involving my youngest daughter to resurface. As soon as I felt that the rest of my family had returned to a functioning state after Michael's attack, I fell apart from the trauma I had experienced in both 2008 and 2015, when I didn't know if my children would live or not.

4. I was born in Morocco on October 1, 1968. I am the sixth out of seven siblings. I loved growing up in my large family. My parents were strict – loving, but strict – so we rarely slept at our friends' houses. Instead, everyone came to our house, and seven children would become 21 children because we'd each invite two friends over.

5. My family moved to Montreal when I was 12, after my oldest sister finished high school. We moved because there are no French universities in Morocco, and French was the language of the Moroccan Jews. My father had been very successful in Morocco, but didn't do as well in Montreal. Still, he always said that while he didn't succeed in Montreal dollar-wise, he succeeded nonetheless because we all went to universities there. I studied business in Montreal, and currently work as a mortgage consultant for HSBC.

6. I married my husband Ralph in February 1994. I met him while we were both traveling. Because of how strict my parents were, I wasn't allowed to travel by myself even as an adult, so I went on a tour organized by a Jewish group. Ralph spoke French, which was a relief for me because I didn't like speaking English with my heavy French accent. But when he told me he lived in New York, I threw away the business card he had given me. I had visited New York and thought it was dirty, and the people who lived there rough and rude. Still, I couldn't deny how calm and honest Ralph was. He never played games. We shared similar values. It was obvious from the beginning that our personalities worked together. So when he proposed in a park in Montreal one afternoon, I said yes.

7. We married and moved to Brooklyn. The first years of marriage were difficult for me. I was used to a Shabbat table with 20 people, but in Brooklyn, it was just the two of us. I was so lonely.

8. I had Michael on July 10, 1997, when my oldest child, Jacques, was a year old. Michael was gorgeous; everyone told me he should model as a baby. He cried a lot, which was difficult – I had two babies to take care of. Things got easier as he got older. He was very social, and was always surrounded by friends. He liked to be out, as opposed to watching television at home. He was always very close with Jacques and his two younger sisters, Sabrina and L███.

9. Religion has always been very important to our family. I love the positive aspects of religion; the faith and inspiration it provides. My husband values the structure of it. It may be difficult for someone who did not grow up religious to understand, but religion is the backbone of observant families like ours. Every hour of the day is consumed by some religious element, whether it's the prayers we say, the food we eat, the schools we send our children to, or the clothes we wear. When that backbone is disturbed, it affects the stability of the entire family, not just the one member questioning it.

10. Religion is why we sent Michael to Israel for the year, along with the hundreds of other observant Jewish families who sent their children to study in Israel after they graduated high school. Like all the other kids, Michael was excited to go to Israel because he thought it would be a year of freedom. We encouraged his excitement because of the confidence we had in the seminaries ("yeshivas"). We knew they would take our children on wonderful trips to tour the country, all the while imbuing them with the beauty of religion. So many kids return from their year in Israel with a deep love for Judaism, and that was my hope for Michael, who already had such affinity for Judaism, and whose soul was already so good and kind.

11. Then the attack happened, and it absolutely broke me because I knew immediately that his year in Israel would never produce happy, fulfilled feelings for him. Instead, Michael

became edgy and nervous, where he was once respectful and joyful. He has a short fuse that he never had before. He's ambivalent towards God on some days, and angry at Him on others.

12.    Before the attack, Michael sounded so happy when we spoke on the phone. He had told us all about his new roommate and friend, Ezra. They played ball and ran together. Sometimes you meet someone and you just click. That's the way it was with Michael and Ezra.

13.    I missed Michael at home. I adore all my children, but there's something about Michael being home that's different than the others. Michael makes himself known. He'll open the door and announce his arrival home, and when he wants to go out, we'll all get invited. But I knew he was happy in Israel, and that happiness was good and meaningful. That made me feel better when I missed him.

14.    The attack happened on a Thursday. Ralph and I were planning to go to Italy the following Monday, so I decided to work from home so I could prepare meals for my daughters, who were going to stay home with a friend of mine. Jacques was in Israel – being a year older than Michael, he had studied there the year before, came home, and then returned there to do some more learning. I noticed two missed calls from Ralph on my cell phone but I didn't call him because I was juggling working and cooking.

15.    When I freed up a little, I played the voicemails and heard Ralph's voice yelling at me to pick up the phone. I stopped everything I was doing and called him, but he was making no sense. He was at the bank taking out money for our trip, and he sounded like he was having a heart attack. He yelled something about Michael and a terror attack, and that he was coming home from the bank and we were going to leave for Israel immediately. I was panicked, but I acted very serene and said yes to whatever he was saying because I just wanted him to come home and to understand what was happening to Michael. While I kept him on the phone, he started calming down. He told

4

me that Michael had messaged our family's WhatsApp group: "I love you." I hadn't seen the message, but if I had, I wouldn't have thought anything of it. Michael could be very sweet like that. But it did worry Ralph, and so he called Michael over and over, but Michael didn't pick up. Finally, he did pick up, but all he said was "attack," and then he hung up.

16. I was terrified. I called Michael's school and someone picked up but hung up quickly. I was furious at the time, but looking back, I assume they already knew Ezra was severely injured, or dead, and were in the middle of trying to reach his family.

17. My brother lives in Israel so I called him and begged him to find out more information. At that point, news of the attack had started to spread so we knew the location. My brother lives close to the park, but access to those roads was restricted. He sent his daughter, who was already closer to the scene, to find out more, and she told us which hospital they had taken my son to in an ambulance.

18. I had no idea if Michael had been shot or not. My brain was shutting down because I felt so overwhelmed by fear, and I turned into a robot – this is what I have to do, so I'm going to do it. My manager called to tell me it was time to conduct my quarterly review and I told him that of course I was available to speak; I was just waiting for a phone call to let me know if my son had been shot or not. Shocked at my response, he told me he'd conduct the review another time.

19. About twenty minutes after Michael had picked up the phone and said "attack" to my husband, he called my husband back. He wouldn't answer questions about himself; he just kept asking my husband why Ezra was shaking after he had been shot in the head. Then he hung up. I knew Michael was alive, but it took another two hours for me to find out he was safe at the hospital.

20. Those two hours were a horror show. I called back Michael's school and the hospital he was driven to in order to obtain information. I was in touch with my son Jacques, who

5

had made his way to the hospital to look for Michael. I gave him strict orders to call me the second he saw Michael. My phone was barraged by texts, and I read one that said that Ezra had died. Jacques called at that second, and I told him what I had just read. Except that it wasn't Jacques on the phone. It was Michael, using Jacques' phone. I wanted to die. I didn't want to be the person who told Michael.

21.     I should have been jubilant at finally being able to speak to Michael, but it was a terrible conversation. He wasn't Michael. He was curt and abrupt. I wanted to make a plan with him but he wanted to act on his own. He kept changing his mind about what he was going to do – first he was going to fly to Boston for Ezra's funeral, then he was going to stay in Israel, then he was back to Boston. He became irritated when I became emotional. It was clear he didn't want any displays of sentiment – his or mine.

22.     The next day was Friday, and Shabbat began at sundown. My house was a zoo. People came in by droves, offering to help. No one knew what to say or do. Mostly, they cried. I didn't. I wouldn't let myself cry until I knew for sure that Michael was okay.

23.     The minute Shabbat was over, we drove straight to Boston, and stayed at a friend's house until Michael arrived from Israel the next morning. I prepped my husband over and over: "Whatever you do, don't cry." Of course, as soon as Ralph saw Michael, he started bawling. Michael didn't like it. That wasn't my Michael. Michael loves to be mushy, to hug and tell each other we love each other. I simply hugged him and told him I loved him, and that was it.

24.     He was not well. He was on edge and jumpy, like his nerves were on the outside of his body. He got into our car and we began to drive to the funeral. Every noise – a honk, a screech, a truck – made him duck. His mood was terrible. If we asked him a question and didn't hear his answer, it was too bad for us. He would not repeat himself.

6

25. Michael prepared a eulogy for Ezra, but he didn't get to deliver it at the funeral. We went to Ezra's parents' house after the burial. I was so nervous to meet Ezra's mother – what could I possibly say to her? I remember her apologizing to me for what Michael went through. She must have been in shock. Then she asked Michael if he minded telling them about the attack. My heart stopped. Michael spoke and my Michael returned. He was so emotionally intelligent; he told them what happened, but left out the worst detail: how Ezra shook after he was shot. That image haunted Michael for a long, long time. For months, he'd ask Ralph to explain to him what made Ezra shake. I think he wanted to feel certain that Ezra had not suffered.

26. We drove back home after the funeral. Michael's plan was to stay in the U.S. for a little while until he was ready to go back to Israel. I arranged to work from home so I could be there for him. With this new irritable mood of his, I wanted to be around in case he decided to open up. I thought that's what was happening one day when he asked me to go for sushi, but as soon as we got there, we ran into one of Michael's teachers from high school. He told Michael that Ezra had died because he was a righteous person that had completed his task in this world. That infuriated Michael, and we were back to square one.

27. During the weeks that Michael was home, he did not sleep. He was afraid of the nightmares that would come. To keep himself awake, he'd get into the car at 1am and drive for hours. Of course, I wouldn't sleep either, waiting for him to come home. When he was exhausted to the point of collapse, he would sleep in one of his sisters' rooms. He didn't tell me that; they did.

28. Everyone tiptoed around the new Michael – we still do, and it's changed us as a family. When he's happy, you're happy – more than happy; relieved that you can stop walking on eggshells for a while. But when he turns edgy and short, you retreat, although his bad moods occur

7

less frequently now than at first. He saw a trauma specialist a few times very soon after the attack but stopped. I'd call the specialist and ask him for guidance even after Michael stopped seeing him. I asked him if I was actually supposed to allow Michael to drive at all hours of the night. He kept reminding me that everything in an abnormal situation is normal. As long as Michael wasn't hurting himself or others, he could do whatever he needed to do. Ralph trusts me so he let me take the lead with Michael, but I doubted myself constantly.

29. Michael also started to struggle with religion, and still does. He's asked me how God, who is supposed to be good, could have allowed Ezra to have been killed, especially when they had been on their way to volunteer in a park. That park, ironically, had been dedicated to the memory of three Israeli teenagers that had been kidnapped and killed by terrorists the year before.

30. Michael's struggle with religion is another way our family's dynamics have changed. The energy at home feels sad sometimes. My husband never asked a lot from our children. Michael's grades were never excellent, and we never pushed him. But religion makes Ralph happy, and he expected that our children would embrace it too.

31. I oftentimes have to mediate between Michael and my husband. Ralph, 11 years older than me, is from a generation and a country where children listened to their parents without question. The morning Michael flew home from Israel after the attack for Ezra's funeral, Ralph reminded him to say his daily prayers. Michael refused. Ralph thought Michael should feel grateful, but Michael felt anything but grateful because his friend was dead. I know that it's difficult for Ralph to express himself, so I talk to them separately. I try to tell Ralph that the more he pushes religion on Michael, the less Michael wants to do it. Ralph will reluctantly agree to lessen the pressure. Then I tell Michael that it makes his father so happy when Michael goes to synagogue with him. Michael will reluctantly accompany him. Neither one is happy.

32. Aside from losing interest in religion, Michael also lost interest in his own future. We were sure he was going to be an engineer because he loves to tinker with cars. He was accepted into a very good program, but he lost his drive. He returned to Israel after a few weeks at home, but only for a very short while before deciding he didn't want to study there anymore. He ended up enrolling in a community college instead of the engineering program he had originally been accepted to, and then transferred to another college. He still can't decide on a major. If I bring it up with him, he gets upset so I stop. But I am sad that his future has been altered.

33. In addition to the hardship I experienced dealing with Michael's new moods and the fissures within my family, traumatic feelings I had encountered years before, when my daughter L███ was run over by a car, all came rushing back. It was Chanukah of 2008, and my mother had come in from Montreal that morning to celebrate with us. Together, we took my daughters to a children's Chanukah party run by the Jewish religious organization Chabad. L███ was on the floor playing Legos when a car crashed through the windows of a storefront and drove over her. The terrorist attack on a Chabad house in Mumbai had just occurred weeks before, so everyone thought it was another terrorist attack. Children and their parents were hiding in closets when the police and ambulances arrived.

34. The paramedics were sure that L███ was dying from internal bleeding and called a helicopter to airlift her. We brought her to the helicopter but the pilot would not allow me to board. L███ was crying, begging for me not to let the bad guys take her. I took her away from the helicopter and we went to the hospital by ambulance, where she eventually recovered.

35. She cried after the accident for a year, and continued to be anxious for a lot longer. She missed a lot of school. I took her to a play therapist for two years. About a year and a half into

9

her therapy, she started to get better, and that's when I fell apart. I went to a therapist for two years before I started feeling better.

36. Fast forward seven years and Michael was in an attack. I kept it together for months until I felt that Michael had improved somewhat, and then, just like when my daughter started feeling better after her accident, I fell apart again. All those feelings from my daughter's terrible accident came rushing back, and I felt panicked, anxious, sleepless, all over again. This time, I did not go to therapy. I didn't have the energy. Eventually, after months, those feelings started to subside.

37. My hope for Michael is that he returns to Israel to study, even for a short while. I think that will give him the peace he needs. And then my hope is that he comes home and finds his way in school. Our future is the most precious thing we have, but Michael seems to doubt that. He lives for today. He's not sure there will be a tomorrow.


Date: October 16, 2019

                                        /s/ Betty Benzakein
                                        Betty Benzakein