UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RUTH SCHWARTZ, *et al.*,

*Plaintiffs*,

v.

ISLAMIC REPUBLIC OF IRAN,

*Defendant*.

Civil Action No. 18-1349 (RDM)

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, Dkt. 36, it is hereby **ORDERED** that judgment is entered in favor of Plaintiffs and against Defendant in the total amount of $39,574,320 for compensatory damages, and that each Plaintiff is entitled to the damages listed in Exhibit A. It is further **ORDERED** that, in addition to the compensatory damages listed in Exhibit A, Plaintiffs are entitled to an award of punitive damages in the amount of $79,148,640 to be apportioned relative to their individual compensatory awards.

**SO ORDERED**.

/s/ Randolph D. Moss
RANDOLPH D. MOSS
United States District Judge

Date: May 18, 2022

# Exhibit A

|  | Pain and Suffering – Physical Injuries and Emotional/Psychological Distress Damages / Solatium Damages | Economic Loss | Prejudgment Interest | Total With Prejudgment Interest |
|---|---|---|---|---|
| **Ezra Schwartz** | - | $3,676,050 | - | $3,676,050 |
| Ruth Schwartz | $5,000,000 | - | $1,320,118 | $6,320,118 |
| Ari Schwartz | $5,000,000 | - | $1,320,118 | $6,320,118 |
| Mollie Schwartz | $2,500,000 | - | $660,059 | $3,160,059 |
| E.S. | $2,500,000 | - | $660,059 | $3,160,059 |
| A.S. | $2,500,000 | - | $660,059 | $3,160,059 |
| H.S. | $2,500,000 | - | $660,059 | $3,160,059 |
| **Michael Benzakein** | **$1,500,000** | - | **$396,035** | **$1,896,035** |
| Betty Benzakein | $850,000 | - | $224,420 | $1,074,420 |
| Ralph Benzakein | $850,000 | - | $224,420 | $1,074,420 |
| Jacques Benzakein | $500,000 | - | $132,012 | $632,012 |
| Sabrina Benzakein | $500,000 | - | $132,012 | $632,012 |
| L.B. | $500,000 | - | $132,012 | $632,012 |
| **Jason Geller** | **$1,500,000** | - | **$396,035** | **$1,896,035** |
| Sandra Geller | $850,000 | - | $224,420 | $1,074,420 |
| Marc Geller | $850,000 | - | $224,420 | $1,074,420 |
| Jacqueline Geller | $500,000 | - | $132,012 | $632,012 |