CO 226
Rev. 6/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

RUTH SCHWARTZ, et al.,

_____
Plaintiff(s)

vs.

ISLAMIC REPUBLIC OF IRAN,

Civil Action No.: 18-cv-01349-RDM

_____
Defendant(s)

## AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk mail a copy of the judgment _____ (and notice of suit, where applicable) to (list name(s) and address(es) of defendants):

Dr. Hossein Amir-Abdollahian
Ministry of Foreign Affairs
Islamic Republic of Iran
Imam Khomeni Avenue
Tehran, Iran

by: (check one)

☑ certified or registered mail, return receipt requested
☐ DHL
☐ Fed Ex

pursuant to the provisions of: (check one)

☐ FRCP 4(f)(2)(C)(ii)
☑ 28 U.S.C. § 1608(a)(3)
☐ 28 U.S.C. § 1608(b)(3)(B)
☐ 28 U.S.C. § 1608(a)(4)

_____/s/ Aaron Schlanger_____
(Signature)

(Name and Address)