18-cv-01349-RDM   Document 42-1   Filed 06/17/22   Pag



**Registered No.** B994313060305

**Date Stamp**

| | |
|---|---|
| Postage $ $11.73 | Extra Services & Fees *(continued)* |
| Extra Services & Fees<br>☐ Registered Mail $ $17.15 | ☐ Signature Confirmation $ |
| ☐ Return Receipt *(hardcopy)* $ $4.75 | ☐ Signature Confirmation Restricted Delivery |
| ☐ Return Receipt *(electronic)* $ $0.00 | **Total Postage & Fees** |
| ☐ Restricted Delivery $ $0.00 | $ $33.63 |
| Customer Must Declare Full Value $0.00<br>$ | Received by 06/16/2022 | Domestic Insurance up to $50,000 is included based upon the **declared value.** International Indemnity is limited. (See Reverse). |

*To Be Completed By Post Office*

TEANECK NJ 07666 04
JUN 1 2022
OFFICIAL USE
USPS

**FROM:** Office of the Clerk - U.S. District Court for the District of Columbia
333 Constitution Ave, N.W.
Washington, D.C. 20001

**TO:** Dr. Hossein Amir-Abdollahian - Ministry of Foreign Affairs, Islamic Republic of Iran
Imam Khomeni Ave
Tehran, Iran

*To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed*

PS Form **3806, Registered Mail Receipt**
April 2015, PSN 7530-02-000-9051

*Copy 1 - Customer*
*(See Information on Reverse)*