CO 939
Rev. 12/2020

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

RUTH SCHWARTZ et al
_____
Plaintiff(s)

vs.

Civil Action No.: 18-cv-01349-RDM

ISLAMIC REPUBLIC OF IRAN
_____
Defendant(s)

## CERTIFICATE OF MAILING

I hereby certify under penalty of perjury, that on the **27th** day of **September**, 20 **22**, I mailed:

1. ☐ One copy of the **summons and complaint** by **registered mail, return receipt requested**, to the individual of the foreign state, pursuant to the provisions of FRCP 4(f)(2)(C)(ii).

2. ☐ One copy of the **summons, complaint and notice of suit**, together with a translation of each into the official language of the foreign state, by **registered mail, return receipt requested**, to the head of the ministry of foreign affairs, pursuant to the provisions of 28 U.S.C. § 1608(a)(3).

3. ☒ Two copies of the **judgment**, together with a translation of each into the official language of the foreign state, by **FedEx**, to the U.S. Department of State, CA/OSC/L, SA-17, 10th Floor, Washington, DC 20522-1710, ATTN: Director of Overseas Citizens Services, pursuant to the provisions of 28 U.S.C. § 1608(a)(4).

4. ☐ One copy of the **summons and complaint**, together with a translation of each into the official language of the foreign state, by **registered mail, return receipt requested**, to the agency or instrumentality of the foreign state, pursuant to 28 U.S.C. § 1608(b)(3)(B).

ANGELA D. CAESAR, CLERK

By: /s/ Jiselle Manohar
Deputy Clerk